UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Miner

v.                                          06-cv-315-SM

NH State Prison, Warden

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 25, 2006, for the reasons set forth therein. Plaintiff's motion for preliminary injunction is hereby denied. Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

October 23, 2006

Steven J. McAuliffe
Chief Judge

cc:    Stephen Miner, pro se